JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELPRO PRODUCTS, INC., et al., <br><br> Defendants. | Case No. CV 25-3421-MWF(KESx) <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DSMISSAL |

The Court has reviewed Plaintiff's Notice of Voluntary Dismissal, filed April 30, 2025. (Docket No. 7). For good cause shown, the Court ORDERS as follows:

- As to Named Plaintiff Silvia Garcia, this action is DISMISSED with prejudice.
- As to the putative class, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: May 1, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-